# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY JONES

NO. 2020 KW 0507

**SEPTEMBER 03, 2020**

---

In Re:  Jeffery Jones, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 547665.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                **JMM**
                **MRT**
                **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT